# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DANNY JOE BARBER, III, <br><br>                        Plaintiff,<br>    v.<br><br>KITSAP COUNTY SHERIFFS DEPARTMENT,<br><br>                        Defendants. | Case No. 3:24-cv-05619-MJP-TLF<br><br>ORDER |

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. No. 7);

(2) plaintiff's application to proceed *in forma pauperis* is DENIED;

(3) plaintiff's complaint, therefore this action, hereby is DISMISSED without prejudice.

Dated this 25 day of November, 2024.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER - 1